IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WEX BANK, FLEETONE FACTORING, LLC, et al. | ) ) ) | Case No. 17-cv-3392 |
| Plaintiffs, v. | ) ) ) | Honorable John J. Tharp, Jr. Room 1419 |
| RIVOJ TRANS., INC., et al. | ) ) ) | Magistrate Judge Susan E. Cox Room 1025 |
| Defendants. | ) | |

**FRANK LARA'S MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD**

NOW COMES Movant, Frank Lara ("Lara"), and moves to withdraw as counsel of record for Ilija Ristik a/k/a Iko Ristik in the above-captioned matter. In support of *Frank Lara's Motion for Leave to Withdraw as Counsel of Record*, Lara states as follows:

1. On May 4, 2017, Plaintiffs filed their Complaint to initiate the instant case (Dkt. No. 1).

2. On April 16, 2019, Frank Lara filed his Appearance on behalf of Ilija Ristik a/k/a Iko Ristik ("Ristik") (Dkt. No. 130)

3. On April 15, 2020, Frank Lara left the employ of Weissberg and Associates, Ltd. and as such, no longer represents Ristik. Ariel Weissberg and the law firm of Weissberg and Associates, Ltd. will continue to represent Ristik in this case.

4. This withdrawal will neither delay these proceedings nor be inequitable to any party.

WHEREFORE, Frank Lara respectfully requests the Court to grant his Motion to Withdraw as counsel for Defendant, Ilija Ristik a/k/a Iko Ristik; and for such other relief as this court deems just and proper.

**FRANK LARA**, Movant

By: /s/ Frank Lara
Pro Se

Frank Lara, Esq.
Ashman & Stein, P.C.
8707 Skokie Blvd., Suite 100
Skokie, IL 60077
Tel.: 312/782-3484
Fax: 847/983-0388
Email: flara@ashmanstein.com
Attorney No.: 6325725

## **CERTIFICATE OF SERVICE**

   I, Frank Lara, certify that on May 12, 2020, I caused to be filed **FRANK LARA'S MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD.** Notice of this filing was sent by the court's ECF electronic transmission to the following parties, and to any other persons-in-interest registered with the Court's electronic transmission system:

Richard H. Fimott, Esq.
Diana H. Psarras, Esq.
Robbins, Salomon & Patt, Ltd.
180 North LaSalle Street, Suite 3300
Chicago, Illinois 60601
(312) 782-9000
Fax (312) 782-6690
Email: rfimoff@rsplaw.com
Email: dpsarras@rsplaw.com

John R. Ostojic, Esq.
Ostojic & Scudder, LLC
332 S. Michigan Ave., Ste. 1000
Chicago, IL 60604
Email: john@ostojiclaw.com
*Attorneys for Business Transportation Specialists LLC*


and on May 12, 2020, by electronic transmission to the following party:

Mr. Ilija Ristik
1429 Granville Avenue
Park Ridge, Illinois 60068
Email: iko@xtradesales.com

              _____/s/ Frank Lara_____
                 Frank Lara