# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| WEX BANK and FLEETONE FACTORING, LLC, a Tenessee limited liability company, and IRA BODENSTEIN, not individually but solely in his capacity as the CHAPTER 7 TRUSTEE OF ILOAD, INC., <br>     Plaintiffs, <br> v. <br><br> iLOAD, INC., an Illinois corporation; RIVOJ TRANS., INC., an Illinois corporation; EWA POLITANSKA, an individual; KINGA POLITANSKA a/k/a KINGA RISTIK a/k/a KINGA SAVIC, an individual, ILIJA RISTIK a/k/a IKO RISTIK an individual; LOLLIPOP LLC, an Illinois limited liability company; RELOAD INC., a dissolved Illinois corporation; RELOAD LLC, an Illinois limited liability company; PRESTON CARTER; ADAM WHITE; JAMES ELSEA; ROZA JOSIFOVA; ENBRAVIA, INC., an Illinois corporation; BUSINESS TRANSPORTATION SPECIALISTS, LLC, a Wisconsin limited liability company; ITRUCK REPAIR SHOP INC., a dissolved Illinois corporation; ENERGY LINE, INC., an Illinois corporation; IMEX LOGISTICS, INC., an Illinois corporation; B LINE TRANSPORT INC., an Illinois corporation; PAL 401 LLC, an Illinois limited liability company, <br>     Defendants. | Case No. 17 cv 3392 <br><br> Hon. Judge John J. Tharp, Jr. <br><br> Hon. Magistrate Judge Susan E. Cox |

## STIPULATION TO DISMISS

IT IS HEREBY AGREED AND STIPULATED by and between Plaintiff Ira Bodenstein, not individually but solely in his capacity as the Chapter 7 Trustee of iLoad, Inc., ("Plaintiff") by his attorneys, Richard H. Fimoff and Diana H. Psarras of Robbins, Salomon & Patt, Ltd., and the sole remaining Defendant with an appearance on file, Defendant Ilija Ristik a/k/a Iko Ristik, by and through his attorneys Ariel Weissberg and Chris Langone of Weisberg and Associates, LLC,

and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that Count VIII and Count XI of Plaintiff's Second Amended Complaint [DE 141] against Ilija Ristik a/k/a Iko Ristik, of the above-referenced lawsuit are hereby dismissed without prejudice; and that the entire above-captioned lawsuit be dismissed without prejudice, all Parties to bear their own costs

    Plaintiff voluntarily dismisses the other remaining count, Count XII as against remaining defendants thereto, Roza Josifova and Enbravia, Inc., without prejudice. Roza Josifova was never served with summons and the Complaint, and Enbravia, Inc. has not filed an appearance.

Date: May 18, 2020

STIPULATED AND AGREED TO:

| ILIJA RISTIK | IRA BODENSTEIN, not individually but solely in his capacity as the CHAPTER 7 TRUSTEE OF ILOAD, INC., |
|---|---|
| By: /s/ Ariel Weissberg<br>    One of His Attorneys | |
| | By: /s/Diana H. Psarras<br>    One of His Attorneys |
| Ariel Weissberg<br>Chris Langone<br>Weissberg and Associates, Ltd.<br>401 South LaSalle Street, Suite 403<br>Chicago, IL 60605<br>ariel@weissberglaw.com<br>chris@weissberglaw.com | Diana H. Psarras (ARDC No. 6283780)<br>Richard H. Fimoff (ARDC No. 804886)<br>ROBBINS, SALOMON & PATT, LTD.<br>Attorneys for Plaintiffs<br>180 North LaSalle Street, Suite 3300<br>Chicago, Illinois 60601<br>(312) 782-9000<br>Fax (312) 782-6690<br>dpsarras@rsplaw.com<br>rfimoff@rsplaw.com |